_____

No: 22-3436

_____

James Smith, Individually, and purportedly on behalf of All Others

Plaintiff - Appellee

v.

Scottsdale Insurance Company

Defendant - Appellant

American Detective Services, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04115-BP)

_____

**JUDGMENT**

Before LOKEN, BENTON, and KOBES, Circuit Judges.

    Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

    The Court's mandate shall issue forthwith.

March 13, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans